IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELLEY GOLDNER : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| : | NO. 17-CV-3094 |
| COUNTY OF MONTGOMERY : | |
| : | |
| Defendant. : | |

**Jones, II**                                                               **July 11, 2018**

## **ORDER**

**AND NOW**, this 11th day of July, 2018, upon consideration of Plaintiff's Complaint, Defendant's Motion to Dismiss, and Plaintiff's Brief in Opposition to Defendant's Motion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in its entirety. This Court also grants Plaintiff leave to amend within fourteen days.

                                                                             BY THE COURT:


                                                                           */s/ C. Darnell Jones, II*
                                                                           C. Darnell Jones, II     J.